

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc.,
Jalapeno Corporation,  ACG3 Mineral Interests, Ltd.,
Glassell Non-Operated Interests, Ltd., and Curry Glassell,
Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

The Appellant's Second Joint Unopposed Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. The Appellant's Brief is due by August 28, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk